BRIAN D. GEE (SB#181097)
Brian.Gee@nlrb.gov
STEVEN D. WYLLIE (SB#161752)
Steven.Wyllie@nlrb.gov
JUAN CARLOS GONZALEZ (SB#280446)
Carlos.Gonzalez@nlrb.gov
National Labor Relations Board
Region 31
11500 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064
Telephone: (310) 235-7351
Facsimile: (310) 235-7420

Attorneys for Applicant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant,<br><br>　v.<br><br>360 N. RODEO DRIVE LIMITED PARTNERSHIP d/b/a LUXE HOTEL RODEO DRIVE,<br><br>　　　　Respondent. | Case No. 2:13-cv-08853-DSF(RZx)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>Date: March 10, 2014<br>Time: 10:00 a.m.<br>Courtroom: 540 (Los Angeles) |

STIPULATION OF VOLUNTARY DISMISSAL

PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice.

| | |
|---|---|
| *[signature]* | *[signature]* |
| Juan Carlos González, Esq. | Christine Arden, Esq. |
| Attorney for Applicant | Foster Tepper, Esq. |
| National Labor Relations Board | Attorneys for Respondent |
| 11500 W. Olympic Blvd. | Tepper & Associates, APC |
| Ste 600 | 9454 Wilshire Blvd., Suite M16 |
| Los Angeles, CA 90064 | Beverly Hills, CA 90212 |
| (310) 235-7805 | (310) 859-9754 |
| Dated: 3/5/14 | Dated: March 4, 2014 |